IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01005-WYD-BNB

MARCEE YOUNG,

Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Leave to File First Amended Complaint** [docket no. 7, filed October 4, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Exhibit A, the First Amended Complaint for filing.

     IT IS FURTHER ORDERED that the caption is to show the defendant on all future filings as follows: GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY EMPLOYEE WELFARE BENEFIT PLAN.

DATED:  October 19, 2007