IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01005-WYD-BNB

MARCEE YOUNG,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY EMPLOYEE WELFARE BENEFIT PLAN,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, filed May 27, 2008 (docket # 21). Having reviewed the Stipulation and the premises therein, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice, filed May 27, 2008 (docket #21) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to pay her or its own attorneys' fees and costs.

Dated: May 29, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge